FILED

11/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0070

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0070

_____

IN RE THE MARRIAGE OF:

SHAILYN J. SIMONSEN,

       Petitioner and Appellee,

  and

RUSSEL A. SIMONSEN,

       Respondent and Appellant.

O R D E R

_____

Counsel for Appellant Russel Simonsen has filed a second motion for extension of time to file his reply brief. On October 19, 2020, this Court issued an Order granting an extension of time to November 27, 2020, within which to file the reply brief. The Order stated no further extensions will be granted.

This Court routinely grants only one extension of time to file a reply brief.

IT IS ORDERED that the motion for a 30-day extension to file the reply brief is DENIED.

IT IS FURTHER ORDERED that the reply brief is due on or before December 11, 2020. No further extensions will be granted. If the brief is not filed by that date, the matter will be deemed submitted on the briefs currently filed.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 24 2020